## MEMORANDUM DECISIONS.

ANNIE B. WOOD, *Appellee*, v. J. S. McALPINE *et al.*
(THE ARMOUR PACKING COMPANY, *Appellant*).

No. 17,009.

### OPINION ON REHEARING.

Appeal from Wyandotte district court, division No. 2.
Opinion on rehearing, filed March 9, 1912. Order of
reversal adhered to. (For original opinion, see 85
Kan. 657, 118 Pac. 1060.)

*O. L. Miller, A. L. Berger,* and *Frank Hagerman,* for
the appellant.

*W. L. Wood,* and *J. O. Fife,* for the appellee.

*Per Curiam:* We have considered the briefs and arguments
on rehearing and have reëxamined the former opinion which
counsel claim is a departure from *Fowler v. Wood,* 73 Kan. 511,
85 Pac. 763.

That case involved land north of Ohio avenue and east of the
Miller survey line, to which the law of submergence and re-
appearance had immediate application. The doctrine of avulsion
and erosion was considered and stated, but here a particular and
special application of the general definition became necessary
in view of the conflicting evidence touching the land in contro-
versy, a portion of the strip between the Miller survey line and
the riprap bank. (See map, *Fowler v. Wood,* 73 Kan. 511, 517,
85 Pac. 763.) The laws of nature governing the action of the
elements, the difference between the habits of various streams
and the characters of their banks and the divergence of the evi-
dence in this case, all made it necessary to reach a workable
application of the general doctrine of avulsion and erosion to the
facts and conditions shown. In *Fowler v. Wood,* supra, the out-
lines were correctly set forth while here the necessary details
were filled in, constituting an application of the rule rather than
a departure from it.

The law of accretion and reliction stated in *Fowler v. Wood,*
73 Kan. 511, 85 Pac. 763, was followed and applied, and of the
correctness of such statement and application we have no doubt.
What was said in the syllabus, however, concerning natural
accretion and reliction and accretion or reliction unaided by
artificial means was said with reference to and in view of the

testimony and instruction touching the dike placed near the mouth of the Kansas river.

The former opinion (*Wood v. McAlpine*, 85 Kan. 657, 118 Pac. 1060) will remain unchanged.